UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Jacinta Brown, et al. v. Bayer Pharma AG, et al.*    No. 13-cv-10855-DRH

*Janet Johnson, et al. v. Bayer Pharma AG, et al.*    No. 13-cv-10859-DRH

*Melissa Kennedy, et al. v. Bayer Pharma AG, et al.*    No. 13-cv-10863-DRH

*Denatai Morton, et al. v. Bayer Pharma AG, et al.*    No. 13-cv-10860-DRH

*Heather Owens, et al. v. Bayer Pharma AG, et al.*    No. 13-cv-10858-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations filed on August 3, 2016, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
            **Deputy Clerk**

Judge Herndon
2016.08.05
14:40:12 -05'00'

APPROVED:
         DISTRICT JUDGE
         U. S. DISTRICT COURT